IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID LUCAS,

     Plaintiff,                      No. CIV S-07-2011 WBS EFB P

     vs.

STATE OF CALIFORNIA,

     Defendant.                 <u>ORDER</u>

         On May 2, 2008, the undersigned issued findings and recommendations were filed recommending that this action be dismissed. On August 11, 2008, the assigned district judge adopted that recommendation and dismissed this action. Judgment was entered accordingly. Notwithstanding that judgment closing this case, plaintiff filed on October 20, 2008, a request for extension of time. Good cause has not been shown for an extension of time after judgment has previously been entered.

/////

/////

/////

/////

/////

1

1   Accordingly, plaintiff's October 20, 2008, request for an extension of time is denied.

2   The court notes that it will issue no response to future filings by plaintiff in this action

3 not authorized by the Federal Rules of Civil Procedure or Federal Rules of Appellate Procedure.

4   So ordered.

5 DATED: October 23, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE